UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAOCHENG LI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UR MENDOZA JADDOU et al.,<br><br>　　　　Defendant(s). | Case No.  2:22-cv-02970-SB-MRW<br><br><br>ORDER TO SHOW CAUSE RE:<br>LACK OF PROSECUTION |

　　　　Generally, defendants other than the United States must answer the complaint within 21 days after service.  *See* Fed. R. Civ. P. 12(a)(1).  On May 15, 2022, Plaintiff filed proof that Defendant Alejandro Mayorkas, was served on May 9, 2022.  Dkt. No. 10.  The parties filed a stipulation to extend the responsive pleading time. Dkt. No. 11.  A responsive pleading was due on August 9, 2022.  None has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than August 17, 2022, why this action should not be dismissed for lack of prosecution.

　　　　The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　　Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: August 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge